# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5126
_____

ERIC MIGUEL MONCADA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

March 21, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Matthew R. McLain of McLain Law, P.A., Longwood, for Appellant.

Ashley B. Moody, Attorney General, Trisha Meggs Pate, Bureau Chief-Criminal Appeals, Office of the Attorney General, Tallahassee, for Appellee.